# United States District Court
# Central District of California

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC d/b/a SPECK PRODUCTS,<br><br>            Plaintiff,<br><br>    v.<br><br>PATRICK MATTSON; STU DISTRIBUTION SERVICES, LLC; MD5 TECHNOLOGIES; DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:14-cv-06465-ODW(PLAx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 31), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than January 9, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

    **IT IS SO ORDERED.**

    December 9, 2014

                                                      _____
                                                       **OTIS D. WRIGHT, II**
                                                       **UNITED STATES DISTRICT JUDGE**